UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINSON CARTER VINCENT,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>RONALD HAYNES, et al.,<br><br>　　　　　　　　Defendant. | CASE NO. 3:21-cv-05660-DGE-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT |

On October 5, 2021, Plaintiff, proceeding pro se and in forma pauperis, filed a civil rights action pursuant to 42 U.S.C. § 1983 alleging that Defendants Ronald Haynes, Superintendent at SCCC; Sara Kariko, Chief Medical Officer, M.D./Health Care Manager at SCCC; Ryan Herrington, Facility Medical Director at SCCC; and Ron Attard, Food Services Manager (FSM) at SCCC, violated his Eighth and Fourteenth Amendment rights by exposing him to Covid-19. (Dkt. No. 4.)

On October 5, 2021, United States Magistrate Judge S. Kate Vaughan instructed Plaintiff to file an amended complaint, curing a number of deficiencies in Plaintiff's pleadings. (Dkt. No.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT - 1

5.) To date, Plaintiff has not filed a response to the Order or attempted to file an amended complaint.

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is ADOPTED;

(2) Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute;

(3) As Plaintiff failed to state a claim upon which relief can be granted, the Court finds this case is a "strike" under 28 U.S.C. § 1915(g);

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. S. Kate Vaughan; and

(5) The Clerk shall close this case.

Dated this 13th day of January 2021.

David G. Estudillo
United States District Judge